UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD TAYLOR, individually and on
behalf of all those similarly situated,

         Plaintiff,

v.                                  Case No. 8:18-cv-00027-T-17SPF

CERTIFIED LEGAL FUNDING, INC.,

         Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ronald Taylor and Defendant Certified Legal Funding, Inc., hereby give

notice, pursuant to Local Rule 3.08(a) and in accordance with the Court's Order (Doc. 42),

that the parties have reached a settlement.


Dated: October 4, 2018


s/Craig E. Rothburd                        s/ Joshua C. Webb
Craig E. Rothburd (FBN: 0049182)      Dennis P. Waggoner (FBN 509426)
CRAIG E. ROTHBURD, P.A.               dennis.waggoner@hwhlaw.com
320 W. Kennedy Blvd., #700             Joshua C. Webb (FBN 051679)
Tampa, Florida  33606                    joshua.webb@hwhlaw.com
Phone: (813) 251-8800                  HILL, WARD & HENDERSON, P.A.
Fax: (813) 251-5042                     101 East Kennedy Boulevard, Suite 3700
Primary Email:     crothburd@e-rlaw.com    Tampa, Florida 33602
Secondary Email:  mropp@e-rlaw.com      Telephone: 813-221-3900
File No.  6624                          Facsimile: 813-221-2900
*Attorney for Plaintiff*                *Attorneys for Defendant*
*Ronald Taylor*                        *Certified Legal Funding, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*s/ Joshua C. Webb*
*Attorney*