UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD TAYLOR, *individually and on behalf of all those similarly situated*,

    Plaintiff,

v.

CERTIFIED LEGAL FUNDING, INC.,

    Defendant.

Case No.: 8:18-cv-27-EAK-MAP

## FINAL JUDGMENT

**THIS CAUSE** came before the Court pursuant to the Stipulation for Entry of Final Judgment ("Stipulation") (Doc. 45) of Plaintiff Ronald Taylor and Defendant Certified Legal Funding, Inc. The Court, having reviewed the Stipulation and other pertinent portions of the file, and being otherwise duly advised, it is **ORDERED AND ADJUDGED** as follows:

1. This Court's Order dismissing with prejudice Plaintiff Ronald Taylor's claims against Defendant Certified Legal Funding, Inc. (Doc. 37) represents a final and ultimate disposition of all claims in this action.

2. Final Judgment is hereby entered in favor of Defendant Certified Legal Funding, Inc., and against Plaintiff Ronald Taylor.

3. The Parties have resolved all post-judgment issues. See (Doc. 43).

Case No.:  8:18-cv-27-EAK-MAP

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 30th day of October, 2018.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record